IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **SHIRLEY LYNN BOGER,** *Plaintiff* | § § § |
| -vs- | § § § **6-19-CV-00037-ADA** |
| **FALLS COUNTY, RICKY SCAMAN, SHERIFF OF FALLS COUNTY, IN HIS OFFICIAL CAPACITY;** *Defendants* | § § § § |

### ORDER DISMISSING CASE

Upon consideration of Plaintiff Shirley Lynn Boger and Defendants Falls County and Ricky Scaman, in his official capacity of Falls County Sheriff, Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), this Court, after due deliberation and good cause appearing therefore, is of the opinion that the Motion should be **GRANTED**.

Accordingly, **IT IS ORDERED** that the Motion is **GRANTED**, and that all claims and causes of action filed by Plaintiff against Defendants in the above-captioned action are **DISMISSED WITH PREJUDICE** and the case is **CLOSED**.

**SIGNED** this 30th day of December 2019.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE